UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

        -against-

KAREEM MIDDLETON,

        Defendant.
----------------------------------X

MEMORANDUM AND ORDER
12-CR-250 (DRH)

APPEARANCES:

For the Government:
    Richard Donoghue
    United States Attorney
    610 Federal Plaza
    Central Islip, New York 11722-4454
      By: Allen Bode, A.U.S.A.

For Defendant Pro Se:
    Kareem Middleton
    2873 Paige Drive
    Kissimmee, FL 34741

HURLEY, Senior District Judge

        The Court is in receipt of Kareem Middleton's June 18, 2018 pro se application, made pursuant to 18 U.S.C. § 3583(e)(1), for early termination of his period of supervised release.

        Having reviewed the reasons set forth in his application as well as the government's response thereto dated August 2, 2018, I am not convinced that his conduct and the interest of justice warrant granting the requested relief based on the information furnished. Among other things, Mr. Middleton's representation in his moving papers that "U.S. Probation Officer Miranda Lutke does not oppose [his] request,"

-1-

is not problematic at this point given (1) that there is nothing from Ms. Lutke so indicating and (2) the government maintains that "his current supervising probation officer in the Eastern District of California does not agree that Mr. Middleton should be terminated from supervision." Gov't's Aug. 2, 2018 Letter at 1.

In essence, Mr. Middleton has not presented sufficient information for the Court to evaluate his request and, accordingly, his application is denied.

SO ORDERED.

Dated: October 24, 2018
       Central Islip, New York

s/ Denis R. Hurley
DENIS R. HURLEY, U.S.D.J.